**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT NAHSHON TURNER, | ) NO. EDCV 10-01488 AG (SS) <br> ) |
|       Petitioner, | ) <br> ) |
|     v. | ) **JUDGMENT** <br> ) |
| TIMOTHY E. BUSBY, Acting Warden, | ) <br> ) |
|       Respondent. | ) <br> ) |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 30, 2010

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE